| | | |
|---|---|---|
| 11/17/2015 | TUESDAY | Judge Randall L. Dunn |
| 10:00  15-3161 rld ap | Hildene Opportunities Master Fund, Ltd. v. Beneficial State | |
| 14-35284 | **Pretrial Conference** | |
| | Hildene Opportunities Master Fund, ERIC DREW WINSTON | |

sign in sheet attached

Evidentiary Hearing:    Yes: ☐    No: ☒

Following discussion, the Court indicated when a Motion for Withdrawal of Reference is filed, The Court will write a report + send it to District Court.

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**
 #1 _____ Settled _____ (21) days.
 #2 _____ to Prepare Judgement/order _____ (21) days.
 #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
 #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
 #2 _____ Planning Conf. by ___-___-___ / No report.
 #3 _____ Discovery can proceed.
 #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
 #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    11/17/15

In Re:  ) Case # 15-3161

Hildene Opportunities
vs
Beneficial State
Debtor

## List of Persons Attending

Date of Hearing 11/17/15

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Oren Haker | Hildene |
| Eric Winston | Hildene |
| Howard Levine | Adham Bryce |
| Tim Solonov | Gretha Bryce |
| Sarah Crooks | Remaining 8 Albina directors |
| Doug Pahl | " " |

by telephone:
Mark McDonald